IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-168-JLK**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**DAVID MERRILL,**

    Defendant.

---

# ORDER

---

Kane, J.

Based on counsel's representation on behalf of Mr. Merrill that there was no basis for his appeal under *Anders v. California*, 386 U.S. 738 (1967) and that she was required therefore to withdraw, I granted the Motion to Withdraw and gave Mr. Merrill 10 days regarding his intentions to proceed. Having heard nothing from Mr. Merrill and now upon review of the record in this case, I determine there are no non-frivolous grounds for challenging the findings, Judgment or sentence imposed by the Magistrate Judge in this case and **DISMISS** the appeal. The March 31, 2008 Judgment and sentence imposed by Magistrate Judge Shaffer is the final judgment of the Court.

Dated July 31, 2008.          **s/John L. Kane**
    SENIOR U.S. DISTRICT JUDGE